

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-03454-DUTY |
| JUAN DE JESUS MORELOS, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _the Court_____, IT IS ORDERED that a detention hearing is set for _July 3_____, _2025_____, at _1:00_____ ☐a.m. / ☒p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _640_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _July 1, 2025_____

*(signature)*
U.S. ~~District Judge~~/Magistrate Judge